Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
Marek Pienkos (SBN 292729)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com
Email: marek@estey-bomberger.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Individual Case Numbers: 3:24-cv-05502; 3:24-cv-05507; 3:23-cv-05870; 3:24-cv-05189; 3:24-cv-05210; 3:24-cv-05399; 3:24-cv-05514; 3:24-cv-05370; 3:24-cv-05367; 3:24-cv-05380; 3:24-cv-05395; 3:24-cv-05253; 3:24-cv-07076; 3:24-cv-05522; 3:24-cv-05225; 3:25-cv-01273 3:24-cv-04695; 3:24-cv-05345; 3:25-cv-01468; 3:25-cv-03146; 3:25-cv-04176* | MDL No.: 3:23-MD-03084-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER<br><br>Judge: Hon. Charles R. Breyer |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the following Plaintiffs ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), hereby stipulate to the voluntary dismissal of all claims of Plaintiffs against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses:

1

STIPULATION OF DISMISSAL WITH PREJUDICE

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05502 | Jane Doe EB 46 |
| 3:24-cv-05507 | Jane Doe EB 49 |
| 3:23-cv-05870 | Jane Doe EB 2 |
| 3:24-cv-05189 | Jane Doe EB 7 |
| 3:24-cv-05210 | Jane Doe EB 14 |
| 3:24-cv-05399 | Wilmsmeyer, Dayzi |
| 3:24-cv-05514 | Jane Doe EB 52 |
| 3:24-cv-05370 | Jane Doe EB 36 |
| 3:24-cv-05367 | Seifullah, Aaliyah |
| 3:24-cv-05380 | Sprous, Rebekah M. |
| 3:24-cv-05395 | Jane Doe EB 44 |
| 3:24-cv-05253 | Jane Doe EB 24 |
| 3:24-cv-07076 | Jane Doe EB 59 |
| 3:24-cv-05522 | Jane Doe EB 54 |
| 3:24-cv-05225 | Jane Doe EB 21 |
| 3:25-cv-01273 | Jane Doe EB 66 |
| 3:24-cv-04695 | Erickson, Natalie |
| 3:24-cv-05345 | Jane Doe EB 31 |
| 3:25-cv-01468 | Jane Doe EB 69 |
| 3:25-cv-03146 | Jane Doe EB 77 |
| 3:25-cv-04176 | Jane Doe EB 84 |

Pursuant to Pretrial Order No. 19, counsel for Plaintiffs and counsel for Defendants certify that the common benefit assessment applicable to each of Plaintiff's claim has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to that Plaintiff or to Plaintiff's counsel.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: April 1, 2026                    Respectfully submitted,

By:  /s/ R. Michael Bomberger
     Stephen J. Estey (SBN 163093)
     R. Michael Bomberger (SBN 169866)
     Angela J. Nehmens (SBN 309433)
     Marek Pienkos (SBN 272729)
     ESTEY & BOMBERGER, LLP

     *Attorneys for Plaintiff*


By:    */s/ Christopher V. Cotton*
     CHRISTOPHER V. COTTON
     (Admitted *Pro Hac Vice*)
     ccotton@shb.com
     SHOOK, HARDY & BACON L.L.P.

     *Attorney for Defendants*
     UBER TECHNOLOGIES, INC.,
     RASIER, LLC, And RASIER-CA, LLC

3

STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:   /s/ Marek Pienkos

STIPULATION OF DISMISSAL WITH PREJUDICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB <br><br> Judge: Hon. Charles R. Breyer |

This Document Relates to:

*Individual Case Numbers: 3:24-cv-05502; 3:24-cv-05507; 3:23-cv-05870; 3:24-cv-05189; 3:24-cv-05210; 3:24-cv-05399; 3:24-cv-05514; 3:24-cv-05370; 3:24-cv-05367; 3:24-cv-05380; 3:24-cv-05395; 3:24-cv-05253; 3:24-cv-07076; 3:24-cv-05522; 3:24-cv-05225; 3:25-cv-01273 3:24-cv-04695; 3:24-cv-05345; 3:25-cv-01468; 3:25-cv-03146; 3:25-cv-04176*

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLWING PLAINTIFFS ARE DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05502 | Jane Doe EB 46 |
| 3:24-cv-05507 | Jane Doe EB 49 |
| 3:23-cv-05870 | Jane Doe EB 2 |
| 3:24-cv-05189 | Jane Doe EB 7 |
| 3:24-cv-05210 | Jane Doe EB 14 |
| 3:24-cv-05399 | Wilmsmeyer, Dayzi |
| 3:24-cv-05514 | Jane Doe EB 52 |
| 3:24-cv-05370 | Jane Doe EB 36 |
| 3:24-cv-05367 | Seifullah, Aaliyah |
| 3:24-cv-05380 | Sprous, Rebekah M. |
| 3:24-cv-05395 | Jane Doe EB 44 |
| 3:24-cv-05253 | Jane Doe EB 24 |
| 3:24-cv-07076 | Jane Doe EB 59 |
| 3:24-cv-05522 | Jane Doe EB 54 |
| 3:24-cv-05225 | Jane Doe EB 21 |
| 3:25-cv-01273 | Jane Doe EB 66 |
| 3:24-cv-04695 | Erickson, Natalie |
| 3:24-cv-05345 | Jane Doe EB 31 |
| 3:25-cv-01468 | Jane Doe EB 69 |
| 3:25-cv-03146 | Jane Doe EB 77 |
| 3:25-cv-04176 | Jane Doe EB 84 |

1

Dated:    April 2        , 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE